Ryan Gile, Esq.
rg@gilelawgroup.com
Nevada Bar No. 8807
**GILE LAW GROUP LTD**.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorney for Defendant Shutters 4 Less, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNBURST SHUTTERS NEVADA, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHUTTERS 4 LESS, LLC, a Nevada limited liability company,<br><br>Defendant. | **Case No.: 2:20-cv-01286-APG-DJA**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER**<br><br>**(Second Request)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Plaintiff SUNBURST SHUTTERS NEVADA, INC. and Defendant SHUTTERS 4 LESS, LLC (collectively, the "Parties") hereby stipulate and agree as follows:

1. The Plaintiff filed the Complaint on July 10, 2020.

2. Service on the Defendant was properly effectuated on December 21, 2020 by serving the Nevada Secretary of State pursuant the order granting Plaintiff's motion to serve Defendant by serving the Nevada Secretary of State that was entered on November 30, 2020.

3. On February 3, 2021, the Parties filed with the Court a Stipulation to Extend Defendant's deadline to file an Answer or otherwise respond to the Complaint to April 5, 2021 (ECF No. 16), which the Court granted on February 4, 2021 (ECF No. 17).

4. The parties remain engaged in settlement discussions related to the allegations of the Complaint and jointly request an additional 60-day extension of the Defendant's deadline to file an Answer or otherwise respond to the Complaint in order to continue such discussions.

/ / /

5. Therefore, the Parties stipulate and agree that the Defendant shall have until June 4, 2021 to file its Answer or otherwise respond to the Complaint.

6. This is the second request for an extension of time for Defendant to file an Answer or otherwise respond to the Complaint.

In view of the foregoing, good cause supports this stipulation and the Parties jointly request that the Court extend Defendant's deadline to file an Answer or otherwise respond to the Complaint to June 4, 2021.

Respectfully submitted,

| | |
|---|---|
| **GILE LAW GROUP LTD.** | **HUTCHISON & STEFFEN, PLLC** |
| /s/ Ryan Gile | /s/ Matthew K. Schriever |
| Ryan R. Gile (8807)<br>1180 N. Town Center Dr., Suite 100,<br>Las Vegas, NV 89144 | Mark A. Hutchison (4639)<br>Matthew K. Schriever (10745)<br>10080 W. Alta Dr., Suite 200<br>Las Vegas, Nevada 89145 |
| *Attorney for Defendant Shutters 4 Less, LLC* | *Attorneys for Plaintiff Sunburst Shutters Nevada, Inc.* |

**IT IS SO ~~ORDERED~~.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 29, 2021

GLG-30375                                    2