Ryan Gile, Esq.
*rg@gilelawgroup.com*
Nevada Bar No. 8807
**GILE LAW GROUP LTD.**
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorney for Defendant Shutters 4 Less, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNBURST SHUTTERS NEVADA, INC., a Nevada Corporation, | **Case No.: 2:20-cv-01286-APG-DJA** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER** |
| SHUTTERS 4 LESS, LLC, a Nevada limited liability company, | **(Fifth Request)** |
| Defendant. | |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Plaintiff SUNBURST SHUTTERS NEVADA, INC. and Defendant SHUTTERS 4 LESS, LLC (collectively, the "Parties") hereby stipulate and agree as follows:

1.      The Plaintiff filed the Complaint on July 10, 2020.

2.      Service on the Defendant was properly effectuated on December 21, 2020 by serving the Nevada Secretary of State pursuant the order granting Plaintiff's motion to serve Defendant by serving the Nevada Secretary of State that was entered on November 30, 2020.

3.      On February 3, 2021, the Parties filed with the Court a Stipulation to Extend Defendant's deadline to file an Answer or otherwise respond to the Complaint to April 5, 2021 (ECF No. 16), which the Court granted on February 4, 2021 (ECF No. 17).

4.      On March 26, 2021, the Parties filed with the Court a Second Stipulation to Extend Defendant's deadline to file an Answer or otherwise respond to the Complaint to June 4, 2021 (ECF No. 18), which the Court granted on February 4, 2021 (ECF No. 19).

/ / /

**Gile Law Group**
1180 N. Town Center Dr. Suite 100
Las Vegas, NV 89144

5.     On June 2, 2021, the Parties filed with the Court a Third Stipulation to Extend Defendant's deadline to file an Answer or otherwise respond to the Complaint to July 6, 2021 (ECF No. 20), which the Court granted on June 7, 2021 (ECF No. 21).

6.     On June 28, 2021, the Parties filed with the Court a Fourth Stipulation to Extend Defendant's deadline to file an Answer or otherwise respond to the Complaint to September 3, 2021 (ECF No. 22), which the Court granted on June 30, 2021 (ECF No. 23).

7.     The Parties have reached a tentative settlement and are in the process of exchanging drafts of a written settlement agreement in order to formalize the terms and conditions of settlement.

8.     The Parties remain optimistic that the settlement agreement will be finalized and fully executed by the Parties within the next month, and accordingly jointly request an additional 31-day extension of Defendant's deadline to file an Answer or otherwise respond to the Complaint in order to continue such efforts.

9.     Therefore, the Parties stipulate and agree that the Defendant shall have until October 4, 2021, to file its Answer or otherwise respond to the Complaint.

10.     This is the fifth request for an extension of time for Defendant to file an Answer or otherwise respond to the Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Gile Law Group**
1180 N. Town Center Dr. Suite 100
Las Vegas, NV 89144

1    In view of the foregoing, good cause supports this stipulation and the Parties jointly request

2    that the Court extend Defendant's deadline to file an Answer or otherwise respond to the

3    Complaint to October 4, 2021.

4

5    Respectfully submitted,

6    **GILE LAW GROUP LTD.**            **HUTCHISON & STEFFEN, PLLC**

7    /s/ Ryan Gile                      /s/ Mark A. Hutchison

8    _____        _____

9    Ryan R. Gile (8807)                Mark A. Hutchison (4639)
     1180 N. Town Center Dr., Suite 100, Christian M. Orme (10175)
10   Las Vegas, NV 89144                10080 W. Alta Dr., Suite 200
                                        Las Vegas, Nevada 89145
11
     *Attorney for Defendant Shutters 4 Less, LLC*
12                                      *Attorneys for Plaintiff Sunburst Shutters*
                                        *Nevada, Inc.*
13

14   **IT IS SO ORDERED.**

15

16   _____
     UNITED STATES MAGISTRATE JUDGE
17

18   DATED: _August 31, 2021_____

19

20

21

22

23

24

25

26

27

28